IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARLENE JOHNSON : CIVIL ACTION

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security : No. 08-3302

FILED
FEB 24 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

THOMAS M. GOLDEN, J.

AND NOW, this 20th day of February, 2009, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that

1. The Report and Recommended is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter is REMANDED for further review by an agency medical consultant who will (a) give appropriate weight to the report of the examining expert; and (b) consider the evidence from Johnson's treating mental health practitioners.

BY THE COURT:

_____
THOMAS M. GOLDEN, J.